# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE CHANTELL LATRONICA,**<br><br>      Plaintiff,<br><br>      v.<br><br>**UNITED STATES,** *et al.*,<br><br>      Defendants. | **Case No.: 13-CV-5685 YGR**<br><br>**ORDER DECLINING TO REVOKE IN FORMA PAUPERIS STATUS** |

Pursuant to the referral notice of the United States Court of Appeals for the Ninth Circuit, filed March 13, 2014, this Court hereby **DECLINES** to revoke the in forma pauperis status of Plaintiff-Appellant Melanie Chantell Latronica.

Date: March 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**