IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE CHANTELL LATRONICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-5685 YGR<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| MELANIE C. LATRONICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O. HALFHILL, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-4257 CW |

　　　Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above referenced cases to Judge Yvonne Gonzalez Rogers to consider whether they are related.

　　　IT IS SO ORDERED.

Dated:　September 25, 2014

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge